JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIGIO FABIAN, JR. AND MARIA P. ZUNIGA,<br><br>  Plaintiff,<br><br>  vs.<br><br>RL COMMUNITY SERVICES, INC., LORNA LANDICHO, and ROBERT LANDICHO,<br><br>  Defendants.<br>_____ | CASE NO: 5:14-CV-00422-VAP-DTB<br><br>[PROPOSED] ORDER DISMISSING ENTIRE ACTION<br><br>COURTROOM:  2<br><br>JUDGE:  THE HONORABLE VIRGINIA A. PHILLIPS |

1

_____

[Proposed] Order of Dismissing of Entire Action

[PROPOSED] ORDER

Good cause appearing therefore, and based upon the stipulation of the parties:

IT IS ORDERED:

The action is dismissed in its entirety with prejudice as to all Defendants subject to the Court's retention of jurisdiction to enforce the terms of the confidential settlement agreement of the parties.

Dated: _September 26, 2014       *Virginia A. Phillips*

                                                  JUDGE OF THE UNITED STATES DISTRICT COURT